1162

No. 01–915. OKLAHOMA EX REL. BOARD OF REGENTS OF THE UNIVERSITY OF OKLAHOMA ET AL. *v.* CORNFORTH. C. A. 10th Cir. Certiorari denied.

No. 01–920. LAW, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF LAW *v.* CAMP ET AL. C. A. 2d Cir. Certiorari denied.

No. 01–921. ROSS *v.* HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–927. CABAN *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–943. ELLWOOD CITY FORGE CO. ET AL. *v.* BOHLER-UDDEHOLM AMERICA, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–952. HALLMAN, NEXT FRIEND WITH GENERAL POWER OF ATTORNEY FOR WALTERS *v.* PRESLEY ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–966. O'BANNON, GOVERNOR OF INDIANA *v.* INDIANA CIVIL LIBERTIES UNION ET AL. C. A. 7th Cir. Certiorari denied.

No. 01–967. PEREZ MENCHACA, AKA PEREZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–982. MARSHALL *v.* DELTA FAMILY CARE DISABILITY AND SURVIVORSHIP PLAN. C. A. 8th Cir. Certiorari denied.

No. 01–989. SNEED *v.* DEPARTMENT OF LABOR, OFFICE OF WORKER COMPENSATION PROGRAMS. C. A. 6th Cir. Certiorari denied.

No. 01–1025. PARENTS AGAINST TESTING BEFORE TEACHING ET AL. *v.* ORLEANS PARISH SCHOOL BOARD ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–1043. OTTE *v.* LIVINGSTON, AS ATTORNEY IN FACT AND NEXT FRIEND OF LIVINGSTON, ET AL. C. A. 11th Cir. Certiorari denied.